# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEY BELLEVILLES, INC., A
PENNSYLVANIA CORPORATION

:  No. 179 WAL 2017

v.

:  Petition for Allowance of Appeal from
:  the Order of the Superior Court

FRANK E. BALLINA, AN INDIVIDUAL;
WILLIAM S. FIORINA, AN INDIVIDUAL;
AND BELLEVILLE INTERNATIONAL,
LLC., A PENNSYLVANIA LIMITED
LIABILITY COMPANY

PETITION OF: BELLEVILLE
INTERNATIONAL, LLC

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.